UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION
_____

PATRICIA WALTERS,
formerly, Patricia Nahs,

       Plaintiff,                              No. 1:15-cv-701

v.                                           Hon. Robert J. Jonker
                                                Chief U.S. District Judge
MIDLAND FUNDING, LLC, and,
STILLMAN LAW OFFICE (a/k/a Law
Offices of Michael R. Stillman, P.C.),

       Defendants.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL PARTIES**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, all of the parties who have appeared in this action Stipulate and Agree to its **dismissal with prejudice.**

Dated: January 19, 2015                             /s/ *Anthony J. Valentine*
                                                      Anthony J. Valentine (P32840)
                                                      Attorney for Plaintiff
                                                      29 Pearl St., N.W., Ste. 227
                                                      Grand Rapids, MI  49503
                                                     (616) 288-5410
                                                     tonyvalentinelaw@gmail.com

Dated: January 19, 2015                            DYKEMA GOSSETT, PLLC

                                                   By:  /s/ *Theodore W. Seitz* (P60320)
                                                   Attorneys for Midland Funding, LLC
                                                   Capitol View Building
                                                   201 Townsend St., Suite 900
                                                   Lansing, MI 48933
                                                   (517) 374-9100
                                                   tseitz@dykema.com

Dated: January 19, 2016

By:   /s/ *Monica N. Hunt*
Monica N. Hunt (P68838)
STILLMAN LAW OFFICE
Attorneys for Defendant Stillman
    Law Office
30057 Orchard Lake Road, Suite 200
Farmington Hills, MI 48334
(248) 851-6000
*mhunt@stillmanlaw.com*